# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01790-CJC-KESx            Date: November 28, 2023

Title: GAIL PARRISH v. GORDON LANE HEALTHCARE LLC, et al.

---

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | N/A |
|---|---|
| Courtroom Clerk | Court Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (In Chambers):**      **Order to Show Cause**

    On November 28, 2023, the Court conducted a duly noticed, in-person hearing on Plaintiff's motion to compel discovery (Dkt. 73). See Notice of Motion (Dkt. 73) and 11/13/23 Minute Order (Dkt. 75). Defendants neither filed an opposition nor notified the Court that Defendants did not oppose the motion, in violation of Local Rule 7-9. Defense counsel did not appear at the hearing. The Court also understands that defense counsel failed to provide Defendants' portion of the joint stipulation under Local Rule 37-1 and failed to meet and confer as directed in the 11/13/23 Minute Order.

    Defense attorneys David Benjamin Litt and John Patrick Petrullo are therefore ordered to show cause in writing (if any they have) **on or before December 6, 2023**, why they should not be sanctioned $100 for these failures.