JOHN PATRICK PETRULLO, ESQ. (SBN 134074)
RONALD F. GARI, ESQ. (SBN 181058)
**PETRULLO, APC**
Pacific Corporate Towers
222 N. Pacific Coast Hwy., Suite 1690
El Segundo, CA 90245
Telephone: (213) 627-0400/Fax: (213) 627-0402
Email: *maindesk@petrullolaw.com*

- IN ASSOCIATION WITH

JENNIFER STEEVE, ESQ. (SBN 308082
MADELINE HOOKS, ESQ. (SBN363768)
**RILEY SAFER HOLMES & CANCILA LLP**
100 Spectrum Center Drive, Suite 650
Irvine, California 92618
Office: 949.359.5500
Fax: 949.359.5501
E-mail: jsteeve@rshc-law.com
          mhooks@rshc-law.com
          docketdept@rshc-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GAIL PARRISH by and through Successor in Interest, Monica Parrish; DAVID RODRIGUEZ, by and through Successor in Interest Beverly Rodriguez; JOAN ASHABRANER, by and through her Successor in Interest Susan Ashabraner;<br><br>          Plaintiffs,<br>vs.<br><br>GORDON LANE HEALTHCARE, LLC; SUN MAR MANAGEMENT SERVICES; IRVING BAUMAN; FRANK JOHNSON; ELI MARMUR; WILLIAM PRESNELL and DOES 1-150, inclusive,<br><br>          Defendants. | CASE NO. 8:22-CV-01790-WLH-KES (Lead)<br>CASE NO. 8:22-CV-00195-WLH-KES<br><br>*[Assigned to the Honorable Wesley L. Hsu – Dept. 9B]*<br><br>(Orange County Superior Court Case No. 30-2022-01276234-CU-MC-CXC)<br><br>**NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER (DE-156) [Ex Parte Application Opposed by Plaintiffs]**<br><br>**Action Filed:** August 17, 2019<br>**Trial Date:** November 9, 2026 |

PETRULLO, APC
EL SEGUNDO
CORPORATE TRIAL LAWYERS

1

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

ERMA PARKER, by and through her Attorney in Fact, BRUCE PARKER,

      Plaintiff,

vs.

COUNTRY OAKS PARTNERS, LLC; SUN MAR MANAGEMENT SERVICES; and DOES 1-150, inclusive,

      Defendants.

PETRULLO, APC
EL SEGUNDO
CORPORATE TRIAL LAWYERS

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE THAT** Defendants Country Oaks Partners LLC, Gordon Lane Healthcare, LLC, Sun Mar Management Services, Irving Bauman, Frank Johnson, Eli Marmur, and William Presnell (collectively, "Defendants") apply to this Court *ex parte* for an order shortening the time to hear Defendant's Motion to Amend the Scheduling Order pursuant to the United States District Court Central District of California Local Rules *L.R. 7-19*.

      An order to shorten the time to hear Defendants' Motion to Amend the Scheduling Order ("Motion") is appropriate.  The earliest Defendants' noticed Motion could be set for hearing was May 8, 2026, which falls 21 days after the current fact discovery deadline cutoff of April 17, 2026.  The Motion requests that this exact discovery cutoff and related dates in the case be extended.  Without advancing the hearing date, Defendants' Motion would be heard after the fact discovery cutoff has already passed.  But this Court's civil case standing order requires that all requests for continuances (which is an inherent part of the relief requested in Defendants' Motion) "must be made before the date to be continued." *See* Standing Order for Newly Assigned Civil Cases, DE-60, § H.3.  Therefore, an order shortening the time to hear Defendants' Motion is required.

      Pursuant to Local Rule 7-19.1, counsel for Defendants provided written notice of this *ex parte* to counsel for Plaintiffs on April 6, 2026, and oral notice on

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

April 9, 2026.  (Declaration of Jennifer Steeve, ¶¶ 2–5.)  On April 7 and April 9, 2026, after meeting and conferring, counsel for Plaintiffs stated they would not agree to the relief sought in this *ex parte* application.  (*Id.* ¶¶ 3–5.)  Pursuant to Local Rule 7-19, counsel for Plaintiffs' name and contact information is provided as follows:

> Kathryn Stebner
> Brian Umpierre
> STEBNER GERTLER & GUADAGNI
> kathryn@sgg-lawfirm.com
> brian@sgg-lawfirm.com
> 870 Market Street, Suite 1285
> San Francisco, CA 94102
> Tel: (415) 362-9800
> Fax: (415) 362-9801

This *ex parte* application is based on this Notice of Application, the Memorandum of Points and Authorities, the Declaration of Jennifer Steeve, and all other information the Court may consider before making its ruling.

Dated: April 9, 2026                        Respectfully submitted,

                                            **PETRULLO, APC**

                                    By: _/s/ John Patrick Petrullo_
                                        JOHN PATRICK PETRULLO, ESQ.
                                        RONALD F. GARI, ESQ.
                                        Attorneys for Defendants

                                    **RILEY SAFER HOLMES &
                                    CANCILA LLP**

                                    By: _____
                                        JENNIFER STEEVE, ESQ.
                                        MADELINE HOOKS, ESQ.
                                        Attorneys for Defendants

3

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR AN ORDER SHORTENING
THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**          )
                                  ) ss.
**COUNTY OF LOS ANGELES**        )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.

My business address is RILEY SAFER HOLMES & CANCILA LLP, 100 Spectrum Center Dr., Ste 650, Irvine, CA 92618.

On April 9, 2026 I served the foregoing document described as: **NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER** on the interested parties in this action by placing a true copy thereof as follows:

Kathryn Ann Stebner, Esq.
Karman Marie Guadagni, Esq.
Brian S. Umpierre, Esq.
Stebner Gertler & Guadagni, A Professional Law Corporation
870 Market St, Ste 1285
San Francisco, CA 94102-2918
kathryn@sgg-lawfirm.com; brian@sgg-lawfirm.com;
karman@sgg-lawfirm.com; john@sgg-lawfirm.com;
deena@sgg-lawfirm.com; leslie@sgg-lawfirm.com;
kelsey@sgg-lawfirm.com; ann@sgg-lawfirm.com;
scott@sgg-lawfirm.com; andi@sgg-lawfirm.com
*Attorneys for Plaintiff*

**[X] (BY ELECTRONIC MAIL)** On the above-referenced interested parties in accordance with the telephonic consent to electronic service of said interested parties.  I transmitted, by electronic mail, the above referenced document to the above-referenced interested parties, at which said parties consented to accept electronic service.  The transmission indicated that it was sent without error.  I caused said document(s) to be sent via electronic mail to the email addressee(s) listed above from my email address: maindesk@petrullolaw.com.

Executed on April 9, 2026, at Irvine, California.

**(By California law)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Haley Hynes

4

NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR AN ORDER SHORTENING THE TIME TO HEAR DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

PETRULLO, APC
EL SEGUNDO
CORPORATE TRIAL LAWYERS