UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL PARRISH, by and through Successor in Interest, Monica Parrish, et al., | Case No. 8:22-cv-01790-WLH-KES |
| Plaintiffs, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| v. | |
| GORDON LANE HEALTHCARE, LLC, et al., | |
| Defendants. | |
| EMMA PARKER, by and through her Attorney in Fact, BRUCE PARKER, | |
| Plaintiff, | |
| v. | |
| COUNTRY OAKS PARTNERS, LLC, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 159).  No objections to the Report and

Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that an Order be entered (1) extending the discovery cutoff date through July 31, 2026, to allow Defendants to subpoena state regulators who might have a copy of missing Facility Assessments; (2) requiring Defendants to file a status report within 45 days describing what they received in response to these subpoenas; and (3) otherwise DENYING the motion for spoliation sanctions (Dkt. 149).

DATED:  April 29, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2