JENNIFER STEEVE, ESQ. (SBN 308082)
KATHLEEN A. STIMELING, ESQ. (SBN 209226)
BRIAN O. WATSON, ESQ., *PRO HAC VICE*
MADELINE HOOKS, ESQ. (SBN 363768)
**RILEY SAFER HOLMES & CANCILA LLP**
100 Spectrum Center Drive, Suite 650
Irvine, California 92618
Office: (949) 359-5500
Fax: (949) 359-5501
E-mail: jsteeve@rshc-law.com
          mhooks@rshc-law.com
          docketdept@rshc-law.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GAIL PARRISH by and through Successor in Interest, Monica Parrish; DAVID RODRIGUEZ, by and through Successor in Interest Beverly Rodriguez; JOAN ASHABRANER, by and through her Successor in Interest Susan Ashabraner;<br><br>     Plaintiffs,<br><br>vs.<br><br>GORDON LANE HEALTHCARE, LLC; SUN MAR MANAGEMENT SERVICES; IRVING BAUMAN; FRANK JOHNSON; ELI MARMUR; WILLIAM PRESNELL and DOES 1-150, inclusive,<br><br>     Defendants. | CASE NO. 8:22-CV-01790-WLH-KES (Lead)<br>CASE NO. 8:22-CV-00195-WLH-KES<br><br>*[Assigned to the Honorable Wesley L. Hsu – Dept. 9B]*<br><br>(Orange County Superior Court Case No. 30-2022-01276234-CU-MC-CXC)<br><br>**PROOF OF SERVICE**<br><br>Date: September 4, 2026<br>Time: 11:00 AM<br>Courtroom: Dept. 9B<br><br><br>**Action Filed:** August 17, 2019<br>**Trial Date:** January 4, 2027 |
| ERMA PARKER, by and through her Attorney in Fact, BRUCE PARKER,<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTRY OAKS PARTNERS, LLC; SUN MAR MANAGEMENT SERVICES; and DOES 1-150, inclusive,<br><br>     Defendants. | |

- 1 -

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is RILEY SAFER HOLMES & CANCILA LLP, 100 Spectrum Center Dr., Ste 650, Irvine, CA 92618.

On August 7, 2026 I served the foregoing documents on the interested parties in this action described as:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT – JOINT OPENING BRIEF**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT – JOINT OPENING BRIEF**

**JOINT APPENDIX OF FACTS RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**JOINT APPENDIX OF EVIDENCE RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**JOINT APPENDIX OF EVIDENCE VOL. I-IV**

**JOINT APPENDIX OF OBJECTIONS RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 192-193]**

**DEFENDANTS' NOTICE OF FILING ADDITIONAL VOLUMES OF JOINT APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**JOINT APPENDIX OF EVIDENCE VOL. V**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF CHRISTOPHER CHERNEY**

**DEFENDANTS' MEMORANDUM OF POINTS & AUTHORITITES ISO MOTION TO EXCLUDE EXPERT TESTIMONY & OPINIONS OF**

**CHRISTOPHER CHERNEY**

**[PROPOSED] PROPOSED ORDER GRANTING MOTION TO EXCLUDE EXPERT TESTIMONY & OPINIONS OF CHRISTOPHER CHERNEY [ECF NO. 196]**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF VALERIE J. GRAY**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF VALERIE J. GRAY**

**[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF VALERIE J. GRAY [ECF NO. 197]**

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY AND OPINIONS OF LINDSAY PETITTE, CPA**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES ISO MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF LINDSAY PETITTE, CPA**

**[PROPOSED ORDER] GRANTING MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF LINDSAY PETITTE, CPA [ECF NO. 198]**

**DECLARATION OF JENNIFER STEEVE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF VALERIE J. GRAY, NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY AND OPINIONS OF LINDSAY PETITTE, CPA, NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT OPINIONS AND TESTIMONY OF CHRISTOPHER CHERNEY [ECF NO. 199]**

---

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DECERTIFY FOUR SUBCLASSES**

**DEFENDANTS' MOTION TO DECERTIFY FOUR SUBCLASSES**

**DECLARATION OF JENNIFER STEEVE IN SUPPORT OF MOTION TO DECERTIFY FOUR SUBCLASSES**

- 3 -

**EXHIBITS VOL. I – III**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DECERTIFY FOUR SUBCLASSES**

**NOTICE OF DEFENDANTS' MOTION IN LIMINE RE: TRIAL PLAN AND DAMAGES MODEL**

**DECLARATION OF JENNIFER STEEVE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE**

Kathryn Ann Stebner, Esq.
Karman Marie Guadagni, Esq.
Brian S. Umpierre, Esq.
Stebner Gertler & Guadagni, A Professional Law Corporation
870 Market St, Ste 1285
San Francisco, CA 94102-2918
kathryn@sgg-lawfirm.com; brian@sgg-lawfirm.com;
karman@sgg-lawfirm.com; john@sgg-lawfirm.com;
deena@sgg-lawfirm.com; leslie@sgg-lawfirm.com;
kelsey@sgg-lawfirm.com; ann@sgg-lawfirm.com;
scott@sgg-lawfirm.com; andi@sgg-lawfirm.com
*Attorneys for Plaintiff*

Guy B. Wallace, Esq.
Jennifer U. Bybee, Esq.
Travis C. Close, Esq.
Scott L. Gordon, Esq.
Schneider Wallace Cottrell Kim LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
gwallace@schneiderwallace.com
juhrowczik@schneiderwallace.com
tclose@schneiderwallace.com

- 4 -

sgordon@schneiderwallace.com
*Attorneys for Plaintiffs*

**[X] (BY ELECTRONIC MAIL)** On the above-referenced interested parties in accordance with the telephonic consent to electronic service of said interested parties. I transmitted, by electronic mail, the above-referenced document to the above-referenced interested parties, at which said parties consented to accept electronic service. The transmission indicated that it was sent without error. I caused said document(s) to be sent via electronic mail to the email addressee(s) listed above from my email address: hhynes@rshc-law.com.

Executed on August 7, 2026, at Irvine, California.

**(By California law)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Haley Hynes

PROOF OF SERVICE